```
LAW OFFICES OF GREGORY J. LUCETT
330 North Brand Blvd., Suite 900
Glendale, CA 91203
Telephone: (818) 548-6315
By: BRUCE MAO
State Bar No. 297367

Our File No. 0488113903.1-

Attorneys for Plaintiff:
ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O MARK A. WEBB
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT, CALIFORNIA

| ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O MARK A. WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DOES 1 TO 25<br><br>    Defendants. | CASE NO. **'19CV0437 MMA WVG**<br><br>**COMPLAINT FOR:**<br><br>1. **NEGLIGENCE;**<br>2. **CONTRACTUAL SUBROGATION;**<br>3. **EQUITABLE SUBROGATION** |
|---|---|

Plaintiffs, ALLSTATE NORTHBROOK INDEMNITY COMPANY A/S/O MARK A. WEBB, hereby complain and allege, causes of action against Defendants, and each of them as follows:

### JURISDICTION AND VENUE

1. This Court has original jurisdiction of this action under 28 U.S.C. Section 1346(b) and 28 U.S.C. section 1331.

2. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(e)(1) because a substantial part of the events giving rise to the claim took place in this district.

3. On or about January 9, 2018, Plaintiffs timely presented and served a claim for property damage under the Federal Tort Claims Act to Defendant UNITED STATES OF

1. AMERICA, pursuant to Government Code section 911.2 et seq. which was duly received and acknowledged by the Torts Claims Officer on July 10, 2018. Defendant formally rejected Plaintiff's claim on September 7, 2018. 28 U.S.C. section 2675(a).

4. Plaintiffs bring this action against defendants, the UNITED STATES OF AMERICA, under the Federal Torts Claims Acts for property damage caused by negligent or wrongful act omission of UNITED STATES OF AMERICA and under circumstances where the United States, if a private person be liable to the claimants in accordance with the law of the State of California, the place where the accident occurred under 28 U.S.C. section 1346(b). Defendants negligently operated their vehicle thereby causing damages to Allstate's insured's vehicle and therefore has allegedly occurred in this Distrtict.

**PARTIES**

5. Plaintiff Allstate Northbrook Indemnity Company ("ALLSTATE") is a corporation licensed under the laws of Illinois and headquartered in Northbrook, IL.

6. Defendant, UNITED STATES OF AMERICA (U.S.A) is a governmental entity.

**STATEMENT OF THE ACTION**

7. Prior to January 9, 2018, Mark Webb entered into a written contract of Automobile liability insurance with ALLSTATE, whereby for consideration, ALLSTATE issued to Mark Webb an automobile liability Policy number, 000927198194 ("Policy") which was in full force and effect on January 9, 2018. Attached to this Complaint as Exhibit A is a true and correct copy of the Policy.

8. At all times herein mentioned, Mark Webb was an insured by ALLSTATE under the Terms of the Policy, therefore, ALLSTATE was obligated to indemnify Mark Webb for property damage costs incurred.

9. ALLSTATE is contractually subrogated to the rights of Mark Webb pursuant to the Policy.

10. At all times herein mentioned the U.S.A. is a governmental entity.

11. Pursuant to Section Automobile Liability Insurance Coverages, the Policy specifically provides that "the policy is a legal contract."

12. Pursuant to the Policy, ALLSTATE asserts its claim herein based on contractual and equitable subrogation or partial subrogation to the rights of its insured, including the right to maintain a contribution action pursuant to 42 U.S.C. Section 9613 in addition to an action pursuant to 42 U.S.C. Section 9612, and applicable state statutes and common law theories.

13. ALLSTATE has suffered a loss for which defendants are liable and defendants are legally responsible to Allstate for the loss caused by defendants.

14. ALLSTATE has suffered damages caused by the act or omission upon which the liability of defendants depends.

15. Justice requires that the loss be entirely shifted from ALLSTATE to defendants, whose equitable position is inferior to that of ALLSTATE.

16. On or about January 9, 2018, Plaintiff's insured driver Maria Webb was driving a 2005 Pontiac Aztek.

17. At all times herein mentioned, Defendant, U.S.A. operated their vehicle.

18. At said time and place, an employee of Defendant U.S.A., traveled on Otay Lakes Road, when Defendant struck Plaintiff's Insured's vehicle. The accident occurred on Otay Lakes Road and Hunte Parkway, Chula Vista, State of California.

19. Defendants, and each of them, so negligently, carelessly, recklessly and unlawfully drove, maintained, operated, controlled, entrusted and otherwise so negligently operated their respective vehicles so as to cause them to collide with Plaintiff and otherwise so negligently acted or failed to act and conducted themselves, thereby directly and legally causing the damages to Plaintiff as hereinafter enumerated.

20. Pursuant to equitable and contractual subrogation rights, ALLSTATE seeks recovery from all defendants herein for all costs and additional costs incurred by ALLSTATE.

21. ALLSTATE'S costs to date are in the sum of $4,083.22, and such additional costs as may be shown at the time of trial.

## COUNT ONE
### (Negligence)

22. Plaintiff hereby incorporates each and every previous allegation as though fully

1  set forth herein.

2  23. At all relevant times herein alleged Defendants had a duty to act with reasonable and due care for the safety of others to not cause personal or real property damage, including as part of their employment and/or duties with and for the U.S.A.

3  24. On January 9, 2018, Defendants created a dangerous condition on Otay Lakes Road and Hunte Parkway in Chula Vista California, County of San Diego when an employee of the U.S.A. operated their vehicle at an unsafe speed and failing to stop for a red light thereby colliding into Plaintiff's insured's vehicle and subsequently pushing Plaintiff's insured's vehicle across the intersection.

4  25. Defendants failed to exercise reasonable care in that they failed to operate vehicle in a safe manner knowing the existing conditions of the road in the San Diego area.

5  26. The acts and omissions by Defendants were the legal cause of the injuries and damages to Plaintiff.

6  27. Defendants are liable to the Plaintiff for all damages to their property caused by the Defendants to continue to negligently, recklessly, and/or intentionally operated their vehicle that created and posed the dangerous condition to Plaintiff and all others.

7  28. Defendants knew or should of have known that their acts and omissions as alleged herein would result in harm to the public in general, and did in fact cause substantial personal and real property damage to Plaintiff's insured, Mark Webb.

8  29. Defendants' violation of law (CVC 21453(a)) failing to stop for a red light was a substantial factor in bringing about the harm and damages to Plaintiff. An associated factor was defendant traveled above the posted speed limit in violation of law ( CVC 22350).

9  30. As a proximate cause of Defendants' wrongful acts, Plaintiff's insured suffered the loss of current, personal and real property located within.

///
///
///
///

## COUNT TWO

### (For Contractual Subrogation Against All Defendants)

31. Allstate incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

32. Prior to January 9, 2018, Mark Webb entered into a written contract of Automobile liability insurance with ALLSTATE, whereby for consideration, ALLSTATE issued to Mark Webb an automobile liability Policy number, 000927198194 ("Policy") which was in full force and effect on January 9, 2018. Attached to this Complaint as Exhibit A is a true and correct copy of the Policy.

33. At all times herein mentioned, Mark Webb was an insured by ALLSTATE under the Terms of the Policy, therefore, ALLSTATE was obligated to indemnify Mark Webb for property damage costs incurred.

34. ALLSTATE is contractually subrogated to the rights of Mark Webb pursuant to the Policy.

35. Pursuant to the Policy, ALLSTATE asserts its claim herein based on contractual and equitable subrogation or partial subrogation to the rights of its insured, including the right to maintain a contribution action pursuant to 42 U.S.C. Section 9613 in addition to an action pursuant to 42 U.S.C. Section 9612, and applicable state statutes and common law theories.

36. ALLSTATE has suffered a loss for which defendants are liable and defendants are legally responsible to Allstate for the loss caused by defendants.

37. ALLSTATE has suffered damages caused by the act or omission upon which the liability of defendants depends.

38. Justice requires that the loss be entirely shifted from ALLSTATE to defendants, whose equitable position is inferior to that of ALLSTATE.

39. ALLSTATE'S cost to date are in the sum of $4,083.22, and such additional costs may be shown at the time of trial.

## COUNT THREE

### (Equitable Subrogation Against All Defendants)

40. ALLSTATE incorporates the allegations set forth in the preceding paragraphs as if fully set forth herein.

41. ALLSTATE has suffered a loss for which defendants are liable and defendants are legally responsible to ALLSTATE'S insured for the loss caused by Defendants.

42. ALLSTATE suffered damages caused by the act or omission upon which the liability of defendants depends.

43. Justice requires that the loss be entirely shifted from Allstate of defendants, whose equitable position is inferior to that of ALLSTATE.

44. ALLSTATE'S costs to date are in the sum of $4,083.22, and such additional costs as may be shown at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Allstate prays for judgment against Defendants, and each of them, as follows:

1. For all costs incurred by Plaintiff to date;
2. For attorney's fees incurred by Allstate in bringing and prosecuting this action;
3. For costs of this lawsuit; and
4. For such other relief as the Court may deem just and proper.

DATED: February 28, 2019          LAW OFFICES OF GREGORY J. LUCETT

By: _____
BRUCE MAO
Attorney for Plaintiff
ALLSTATE NORTHBROOK
INDEMNITY COMPANY A/S/O MARK WEBB

# EXHIBIT A

Claim # 0488113903

To Whom It May Concern:

This is to certify that the enclosed is a copy of Northbrook Indemnity Company policy and or declaration pages for the above claim number, showing the coverages that were on the policy at the time of loss 01/09/2018. The enclosed copy of policy and or declaration page was printed and mailed through Allstate's Output Processing Center.

*Olivia Leach*
Claim Support

State of Texas, County of Dallas

On this ___1st___ day of ___March___, 2019, before me personally appeared _Olivia Leach_ to me known to be the person who executed the foregoing instrument and acknowledged that he/she executed the same as a free act and deed.

PATRICIA TORRES
Notary Public, State of Texas
Comm. Expires 10-31-2021
Notary ID 129611687

*Patricia Torres*
Notary Public



*John Mraz*
*1002 N Texas St*
*Fairfield CA 94533-5637*

Information as of December 18, 2017
Policyholder(s)  Page **1** of 2
**Maria C & Mark A Webb**
Policy number
927 198 194

Your Allstate agency is
**John Mraz**
(707) 428-0455
JohnMraz@allstate.com

MARIA C & MARK A WEBB
2862 CASEY ST APT B
SAN DIEGO CA 92139-3350

## We Made a Change to Your Policy

A change has been made to your policy—it took effect on 12/18/2017. The enclosed Amended Policy Declarations includes this change:

Your premium for the current policy period has been decreased by a total of $29.85.

The coverages and limits you carry for your vehicles, and the costs of those coverages, are listed in detail on the enclosed Amended Policy Declarations. By comparing this Policy Declarations with the most recent Declarations mailed to you, you can see any changes in detail.

If you have any questions or concerns please contact your Allstate Agent at (707) 428-0455. Thank you for choosing Allstate Northbrook Indemnity Company. We appreciate the opportunity to help you protect what you have today and help prepare you for the future.

Sincerely,

Steven P. Sorenson
President, Allstate Northbrook Indemnity Company

Agent License Number:
0738908

EA20



Policy number: **927 198 194**  
Policy effective date: October 4, 2017

Page **2** of 2

## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. **Next steps:** review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. **Next steps:** please pay the minimum amount by the due date listed on it.

You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). Para español, llamar al 1-800-979-4285. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) – para español, llamar al 1-800-979-4285 – with questions about your coverage, or to update your coverages, limits, or deductibles. Or visit us online at allstate.com.

## A guide to your amended package



**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/madesimple
Espanol.allstate.com/facildeentender

*To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.*

X21 010 064
17121BA302236
1100000A302236X21CA000171218234541002898001003021907

# Amended auto policy declarations

Your policy effective date is October 4, 2017



You're in good hands.

Page **1** of 4

Information as of December 18, 2017

## Summary

## Total Amount Due for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2005 Pontiac Aztek | 3G7DA03E75S540997 | $437.28 |
| 2016 Kia Sportage | KNDPBCAC2G7879151 | 588.29 |
| California Fraud Assessment Fee | | 1.76 |
| **Total*** | | **$1,027.33** |

*\* Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

See the **Important payment and coverage information** section for details about installment fees.

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Anti-theft | **$6.80** | Good Driver (20%) | **$239.83** |
| Multiple Policy | **$81.25** | Distinguished Driver | **$206.69** |
| **Total discounts** | | | **$534.57** |

### Discounts per vehicle

**2005 Pontiac Aztek** — **$202.62**

| | | | |
|---|---|---|---|
| Anti-theft | $2.06 | Good Driver (20%) | $92.75 |
| Multiple Policy | $31.18 | Distinguished Driver | $76.63 |

**2016 Kia Sportage** — **$331.95**

| | | | |
|---|---|---|---|
| Anti-theft | $4.74 | Good Driver (20%) | $147.08 |
| Multiple Policy | $50.07 | Distinguished Driver | $130.06 |

### Listed drivers on your policy
Maria Webb
Mark Webb

### Excluded drivers from your policy
None

**Named Insured(s)**
Maria C & Mark A Webb

**Mailing address**
2862 Casey St Apt B
San Diego CA 92139-3350

**Policy number**
927 198 194

Your policy provided by
**Allstate Northbrook Indemnity Company**

Policy period
Beginning **October 4, 2017** through **April 4, 2018** at 12:01 a.m. standard time

Your policy change is effective
**December 18, 2017**

Your Allstate agency is
**John Mraz**
1002 N Texas St
Fairfield CA 94533-5637
(707) 428-0455
JohnMraz@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

CA010AMD



Amended auto policy declarations  
Policy number: **927 198 194**  
Policy effective date: October 4, 2017

Page **2** of 4

## Coverage detail for 2005 Pontiac Aztek

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $254.22 |
|   Bodily Injury | $100,000 each person $300,000 each occurrence | | |
|   Property Damage | $50,000 each occurrence | | |
|   Auto Collision Insurance | Actual cash value | $500 | $85.25 |
|   Waiver of deductible applies | | | |
|   Auto Comprehensive Insurance | Actual cash value | $500 | $38.99 |
|   Rental Reimbursement | **Not purchased*** | | |
|   Towing and Labor Costs | $100 each disablement | Not applicable | $6.92 |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $51.90 |
|   Automobile Medical Payments | **Not purchased*** | | |
| Coordinated Medical Protection | **Not purchased*** | | |
| Lease/Loan Gap | **Not purchased*** | | |
| Repair or Replacement Cost Option | **Not purchased*** | | |
|   Sound System | **Not purchased*** | | |
| Tape | **Not purchased*** | | |
| **Total premium for 2005 Pontiac Aztek** | | | **$437.28** |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** 3G7DA03E75S540997

**Rating information**  
Your premium is determined based on certain information, including the following:
- This vehicle is driven over 20 miles to work/school, married male licensed 24 years.
- The vehicle is garaged in zip code 92113-3350

**Allstate uses mileage information as one factor to help determine your premium amount.**

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 12,500 - 12,999. The annual mileage figure applicable to this vehicle for the current policy period is: 13,500 - 13,999.**

The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.

CA010AMD
X21 010 064
171218A302236
1100000A302236X21CA000171712182345410028980020030221907

Amended auto policy declarations
Policy number: **927 198 194**
Policy effective date: October 4, 2017

Page **3** of 4



## Coverage detail for 2016 Kia Sportage

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $198.22 |
|   Bodily Injury | $100,000 each person $300,000 each occurrence | | |
|   Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance Waiver of deductible applies | Actual cash value | $500 | $237.65 |
| Auto Comprehensive Insurance | Actual cash value | $500 | $89.96 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | $100 each disablement | Not applicable | $6.92 |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $55.54 |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| **Total premium for 2016 Kia Sportage** | | | **$588.29** |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** KNDPBCAC2G7879151

**Interested party**
Ball Automotive Grou

**Rating information**
Your premium is determined based on certain information, including the following:
- This vehicle is driven 10-20 miles to work/school, married male licensed 27 years.
- The vehicle is garaged in zip code 92113-3350

**Allstate uses mileage information as one factor to help determine your premium amount.**

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 11,500 - 11,999. The annual mileage figure applicable to this vehicle for the current policy period is: 12,500 - 12,999.**

The required odometer information to calculate your annual mileage for the current policy period was not provided, was illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.

CA010AMD



Amended auto policy declarations
Policy number: **927 198 194**
Policy effective date: October 4, 2017

Page **4** of 4

## Additional coverages

| Coverage | Limits |
| --- | --- |
| Automobile Death Indemnity Insurance | **Not purchased*** |
| Automobile Disability Income Protection | **Not purchased*** |
| Identity Theft Expenses | **Not purchased*** |

*This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Automobile Policy – AU104-3
- Amendment of Policy Provisions – AU14626-1
- California Amendatory Endorsement – AU14629-2

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

▶ Your bill will be sent to you in a separate mailing and will list any payment option(s) available to you. If you are eligible to pay your premium in installments, your first bill will reflect your available payment options, including the option to pay in full or to pay in monthly installments. Please note that any amounts payable for the first renewal bill will not include an installment fee (unless you have an unpaid balance from a previous policy period, in which case the Minimum Amount Due will include an installment fee, or unless you are participating in the Allstate Easy Pay Plan). The following applies to installment payments made after your first renewal bill.

If you decide to pay your premium in installments, there will be a $3.50 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and do not change your payment plan method, then the total amount of installment fees during the policy period will be $21.00.

If you are on the Allstate® Easy Pay Plan, there will be a $1.00 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and remain on the Allstate® Easy Pay Plan, then the total amount of installment fees during the policy period will be $6.00.

If you change payment plan methods or make additional payments, your installment fee charge for each payment due and the total amount of installment fees during the policy period may change or even increase.

Please note that the Allstate® Easy Pay Plan allows you to have your insurance payments automatically deducted from your checking or savings account.

**Allstate Northbrook Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Steven P. Sorenson*
Steven P. Sorenson
President

*Susan L. Lees*
Susan L. Lees
Secretary

X21 010 064
171218A302236
1100000A302236X21CA000171218234541002898003003021907
CA010AMD